AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| S103, Inc. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | CASE NO: 17-cv-80963-ROSENBERG/Hopkins |
| Iron Addicts Brand, LLC | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Iron Addicts Brand, LLC
1141 South Rogers Circle, Suite 3
Boca Raton, FL 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Geoffrey M. Cahen, Esq., Cahen Law, P.A., 1900 Glades Road, Suite 270, Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Aug 22, 2017

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts