IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SI03, INC., | ) |
|     Plaintiff | )<br>)<br>)   Civil Action No: 9:17-cv-80963-xxxx |
| v. | )<br>)   Jury Trial Demanded |
| IRON ADDICTS BRAND, LLC, | ) |
|     Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**DEFAULT JUDGMENT AND ENTRY OF PERMANENT INJUNCTION**

Defendant has not responded to Plaintiff's properly-served Complaint, which was filed on August 21, 2017, and therefore the Clerk entered Default against Defendant on September 26, 2017. (Dkt. Nos. 1 & 10.) Accordingly, the Court should enter default judgment against Defendant and permanently enjoin Defendant and those acting in concert with Defendant from infringing Plaintiff's trademark GOLIATH. Defendant has indicated that it does not oppose either entry of default judgment or the permanent injunction proposed by Plaintiff.

Defendant contacted Plaintiff's counsel on September 29, 2017, after the Clerk had entered a default, and agreed to cease selling its infringing product. (Exh. 1, 9/29/17 letter from H. Gaines to G. Cahen.) Defendant also agreed to the entry of an appropriate judgment. (*Id.*) The parties thereafter agreed to the proposed judgment and permanent injunction submitted herewith. (Exh. 2, 10/9/17 email from H. Gaines to K. O'Shea.)

WHEREFORE, Plaintiff respectfully requests that the Court enter the proposed default judgment and proposed permanent injunction submitted herewith. Plaintiff is serving a copy of this motion, exhibits and the related submissions on Defendant via email.

Dated:  October 10, 2017 Respectfully submitted,

          s/Geoffrey M. Cahen
Geoffrey M. Cahen
Attorney for Plaintiff
Florida Bar Number: 0013319
1515 South Federal Highway, Suite 105
Boca Raton, Florida  33432
Telephone: (561) 922-0430
Fax: (561) 353-5455
E-Mail: geoff@cahenlaw.com

Kevin J. O'Shea (*pro hac vice*)
OShea Law LLC
4450 North Kildare Avenue
Chicago, IL  60630
Phone:  (573) 388-2296
Email:  koshea@oshealawllc.com

Counsel for Plaintiff SI03, Inc.

## **CERTIFIFICATE OF SERVICE**

   I hereby certify that on October 10, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties that have appeared and consented to service via the CM/ECF system.  A copy of the foregoing document, as well as the proposed default judgment and proposed permanent injunction have also been served this day on Defendant's representative via email as follows:

  Howard S. Gaines
  Director of Operations
  Iron Addicts Brand, LLC
  1141 S. Rogers Circle, Suite 3
  Boca Raton, FL  33487
  howard@ironaddictsbrand.com


              *s/Geoffrey M. Cahen*
               Geoffrey M. Cahen