UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80963-ROSENBERG/HOPKINS

SI03, INC.,

    Plaintiff,

v.

IRON ADDICTS BRAND, LLC,

    Defendant.

_____/

## PERMANENT INJUNCTION

Plaintiff SI03, Inc. ("SI03") brought this action against Defendant Iron Addicts Brand, LLC ("Iron Addicts") on August 21, 2017. DE 1. According to the Complaint, SI03 has used the trademark GOLIATH in connection with dietary supplements since at least October, 2003, and Iron Addicts' use of the mark "Goliath" in connection with dietary supplements has caused, and continues to cause, consumer confusion in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). *See id.* Iron Addicts failed to appear or otherwise defend against SI03's allegations in the Complaint, which comprise a cause of action for trademark infringement pursuant to Section 43(a) of the Lanham Act. Therefore, the Clerk entered default against Iron Addicts on September 26, 2017, DE 10, and SI03 timely moved for default judgment, DE 12. Having granted SI03's motion for default judgment, the Court finds that a permanent injunction is necessary to prohibit Iron Addicts from continuing to infringe SI03's trademark GOLIATH. This permanent injunction is necessary to prohibit Iron Addicts from continuing to damage SI03, and to prohibit continuing consumer confusion arising from Iron Addicts' trademark infringement.

Accordingly, it is hereby ordered that Defendant Iron Addicts Brand, LLC, its officers, members, agents, servants, employees, attorneys, and other persons who are in active concert or

participation with any of the foregoing, are immediately and permanently enjoined from offering for sale and/or selling any dietary supplement product in connection with a mark that includes the term "Goliath".

It is further ordered that this Court maintains jurisdiction over this matter and the parties to enforce any violation of this Permanent Injunction.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 20th day of October, 2017.

Copies furnished to:  
All counsel of record

ROBIN L. ROSENBERG  
UNITED STATES DISTRICT JUDGE