UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80963-ROSENBERG/HOPKINS

SI03, INC.,

    Plaintiff,

v.

IRON ADDICTS BRAND, LLC,

    Defendant.
_____/

## FINAL JUDGMENT

The Court having granted Plaintiff SI03, Inc.'s Motion for Default Judgment and Entry of Permanent Injunction, the Court hereby enters final judgment in favor of Plaintiff SI03, Inc. and against Defendant Iron Addicts Brand, LLC.

Defendant Iron Addicts Brand, LLC, its officers, members, agents, servants, employees, attorneys, and other persons who are in active concert or participation with any of the foregoing, are immediately and permanently enjoined from offering for sale and/or selling any dietary supplement product in connection with a mark that includes the term "Goliath".

It is further ordered that this Court maintains jurisdiction over this matter and the parties to enforce any violation of the Permanent Injunction.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 20th day of October, 2017.

Copies furnished to:
All counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

1